# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 18-cv-12378

Robyn L Burr

**Plaintiff**

v.

Nancy A. Berryhill
**Defendant**

## ORDER OF REMAND

Saylor, D.J.

    In accordance with the Court's Order dated December 16, 2019, the above-entitled action is hereby REMANDED to the Social Security Administration for further proceedings

By the Court,

/s/ Taylor Halley
Deputy Clerk

December 16, 2019